JS-6

NOTE CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Innovative Sports Management, Inc.,** | **CASE NO. 2:25-cv-04752-TJH-KS** |
| **Plaintiff,** | **ORDER RE STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS IRIS GRISELDA TURCIOS ANDRADE AND KATRACHOS TOWN, LLC [23]** |
| **vs.** | |
| **Iris Griselda Turcios Andrade, et al.,** | |
| **Defendants.** | |

Based on the Stipulation of the parties, IT IS HEREBY ORDERED that Iris Griselda Turcios Andrade, individually and d/b/a Ktrachos Town and Katrachos Town, LLC, an unknown business entity d/b/a Ktrachos Town are dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party referenced above shall bear its own attorneys' fees and costs.

Dated:___March 6, 2026_____

_____
Terry J. Hatter, Jr.
United States District Judge